**No. 10-8913. Yarii A. Massey, Petitioner v. Illinois.**

563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2778.

April 4, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 399 Ill. App. 3d 1248, 371 Ill. Dec. 753, 990 N.E.2d 941.

**No. 10-8921. Howard Ellis, Petitioner v. Jack Palmer, Warden, et al.**

563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2813, ■

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 708.

**No. 10-8929. Jesse Godfrey, Petitioner v. Michael Wenerowicz, Superintendent, State Correctional Institution at Graterford, et al.**

563 U.S. 922, 131 S. Ct. 1823, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2652.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8954. Jerome Howell, Petitioner v. Philip Heath, Superintendent, Sing Sing Correctional Facility.**

563 U.S. 922, 131 S. Ct. 1824, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2642.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8958. Curtis Gibson, Petitioner v. William Lee, Superintendent, Green Haven Correctional Facility.**

563 U.S. 922, 131 S. Ct. 1824, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2794.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-8961. Thomas Joseph Marek, Sr., Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

563 U.S. 922, 131 S. Ct. 1824, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2644.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8978. Jose Lorrente Echavarria, Petitioner v. Nevada.**

563 U.S. 922, 131 S. Ct. 1824, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2714.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 707.

**No. 10-8980. Charles E. Sisney, Petitioner v. Menachem M. Katz, et al.**

563 U.S. 922, 131 S. Ct. 1825, 179 L. Ed. 2d 781, 2011 U.S. LEXIS 2812.

April 4, 2011. Petition for writ of certiorari to the Supreme Court of South Dakota denied.

Same case below, 793 N.W.2d 207.